**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>LUKAS N. SOSNICKI,<br>Defendant. | Case No. 5:26-po-00191-CDB<br>CVB Violation FBIA0041 / CA35<br>ORDER TO REFUND OVERPAYMENT<br>(Doc. 5) |

Defendant Lukas N. Sosnicki was issued Violation Notice FBIA0041 with a total collateral due of $130.00. When Defendant failed to appear in this Court for his noticed initial appearance on October 15, 2026 (*see* Doc. 1, Citation), the Court ordered the issuance of an arrest warrant and imposed a fine in the amount of $100.00, increasing the total collateral due to $230.00.

On October 17, 2026, Defendant paid the amount of $260.00. Accordingly, the Court Defendant's payment in full and closed the case.

Because Defendant overpaid on the collateral due, the Court HEREBY ORDERS that a refund be issued to Defendant in the amount of $30.00.

IT IS SO ORDERED.

Dated: **October 19, 2026**

UNITED STATES MAGISTRATE JUDGE